**NOT FOR PUBLICATION**

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12469
Non-Argument Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

LORENZO HEATRICE,
a.k.a. Skall,
a.k.a. Baldy,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 5:24-cr-00017-MW-MJF-1

_____

Before LAGOA, ABUDU, and ANDERSON, Circuit Judges.

PER CURIAM:

2                        Opinion of the Court                    25-12469

Randolph Murrell, appointed counsel for Lorenzo Heatrice, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1976).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Heatrice's convictions and sentences are **AFFIRMED**.